IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRADLEY DONELSON,

        Plaintiff,

v.

USAA FEDERAL SAVINGS BANK,

        Defendant.

Case No. 25-cv-491 JPG

**<u>JUDGMENT</u>**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 9/9/2025        **MONICA A. STUMP, Clerk of Court**

                                    <u>**s/ Tina Gray, Deputy Clerk**</u>


**Approved:**    <u>*s/J. Phil Gilbert*</u>
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**